UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY MARTIN,<br><br>                Petitioner,<br><br>     v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>                Respondent. | Case No. 2:24-cv-07912-AB-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the Petition is DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: August 22, 2025

                                                  HON. ANDRÉ BIROTTE JR.
                                                  UNITED STATES DISTRICT JUDGE