JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY MARTIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-07912-AB-SHK<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 22, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE